**E-FILED**
Tuesday, 24 January, 2006  11:48:26 AM
Clerk, U.S. District Court, ILCD

**FILED**

JAN 1 9 2006

U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

Clerk of the Court:

I'M WRITING TO NOTIFY YOU OF MY CHANGE OF ADDRESS, AS I'VE BEEN TRANSFERRED BACK TO WASECA FROM ROCHESTER WHERE I FILED FROM.

OLD ADDRESS  KIRK BRYNER #13121-026
Federal Medical Center
PMB 4000
Rochester, Mn.

* New ADDRESS    KIRK BRYNER # 13121-026
Federal Correctional Institution
P.O. Box 1731
WASECA MN.
56093

CASE # 403-MJ-06.407

PLEASE MAKE THIS EFFECTIVE ASAP

THANK YOU

KIRK C. BRYNER
# 13121-026