IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

UNITED STATES OF AMERICA
Plaintiff

v

KIRK CURTIS BRYNER
DEFENDANT

FILED
FEB 6 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CASE NO: 03-40021-004

MOTION
Amend 2255
EXTENSION

I would like to move to be allowed to Amend my 2255, Due to recent Stroke.

On June 3rd, 2005, I suffered a MASSIVE CEREBAL STROKE. I spent most of June in the hospital in Mankato, Minnesota. After the Brain Shunt was removed I was transferred to Rochester, Minnesota FMC.

While in Rochester under going testing and physical therapy, I made out my 2255. I stayed at Rochester (6) six months, when I returned to Waseca, FCI, I came across my copy of my 2255. I must have been more mentally impaired than what I thought previously, as none of my points were anywhere near the approach I had planed prior to the stroke, therefore I'd like to REQUEST a (6) month EXTENSION to amend the 2255.

I've attached my beginning Medical record and the last medical records for verfication of my stroke.

Sincerely,

Kirk Curtis Bryner

8/2/2005

**Immanuel St. Joseph's**
*Mayo Health System*
Mankato, MN 56001

**HISTORY AND PHYSICAL EXAMINATION**

NAME: BRYNER, KIRK
MR #: 347196   ROOM: 3412I-1 /ICU
DOB: /1955   AGE: 49Y
ATT PHY: Crouse, Roger L
ADM. DT: 06/06/2005

COPY

**CHIEF COMPLAINT:** Ataxia, febrile with headache.

**HISTORY OF PRESENT ILLNESS:** Patient is a 49-year-old obese white male presenting from the Waseca Federal Prison for symptoms of ataxia with gait disturbance, and fever of unknown origin for the past 24hours prior to presentation. For the past three days he states he had been having a worsening headache located bilaterally in the frontal region. In addition, he had noted gait disturbance approximately three days ago, and fever of 100's for the past 24 hours. His symptoms worsened, so he was taken to the Waseca Emergency Department where he had a head CT which suggested severe cerebellar pathology. He was transferred to Immanuel St. Joseph's immediately where upon presentation to the Emergency Department was admitted directly to the ICU. The remainder of history is difficult to obtain secondary to confusion and the patient being status post external ventricular drain. Prior to his most recent symptoms, no reported fevers, chills, recent illnesses, seizures, blackouts, vertigo, nausea, vomiting, diarrhea, chest pain, shortness of breath, cough, sputum production, hematuria, dysuria, melena, hematochezia or other symptoms.

Upon presentation to the Emergency Department and subsequently to the Intensive Care Unit, Neurosurgery was consulted where he immediately had an external ventricular drain placed by Dr. Sava. I am seeing him status post procedure.

**PAST MEDICAL HISTORY:** Significant for:
1. Gout.
2. Restless leg syndrome.
3. History of pericarditis.
4. History of left inguinal hernia repair, date unknown.
5. H/O drug abuse.

**MEDICATIONS:**
1. Allopurinol 300 mg p.o. daily.
2. Aspirin 81 mg p.o. q.i.d.
3. Sinemet 25/100 mg every morning and at noon.
4. Sinemet 25/100 mg 2 tablets at night.
5. Indomethacin 25 mg p.o. t.i.d. p.r.n. pain for gout.

**ALLERGIES:** ANGIOGRAPHY CONTRAST DYE.

**FAMILY HISTORY:** Status unavailable.

COPY

IMMANUEL ST. JOSEPH'S
*Mayo Health System*
HISTORY AND PHYSICAL

NAME: BRYNER, KIRK

Chart Copy

8/2/2005

Re: BRYNER, KIRK
MR #: 347196
Page: 2



**SOCIAL HISTORY:** As stated above, the patient is an inmate of Waseca Federal Prison. He is incarcerated for distribution of drugs. The patient reports no tobacco or alcohol use recently.

**REVIEW OF SYSTEMS:**
GENERAL: See HPI for specific details; otherwise no weight gain or weight loss, general malaise.
HEENT: No recent upper respiratory infections, bronchitis, allergies, rhinorrhea, postnasal drip, otitis media, toothache or other symptoms.
CARDIOVASCULAR: Denies chest pain, shortness of breath, cough, sputum production, pleuritic pain, palpitations.
PULMONARY: Denies cough, sputum production, pleuritic pain, wheezing.
GI: Denies nausea, vomiting, diarrhea, melena, hematochezia, clay-colored stools, or jaundice.
GU: Denies masses, lesions, bruising or other abnormalities noted.
NEURO: See HPI; otherwise status noncontributory.
ENDOCRINE: Denies polyuria, polydipsia, polyphagia, goiter, fatigue, heat or cold intolerance.

**PHYSICAL EXAMINATION:**
VITAL SIGNS: Blood pressure 153/96, temperature 99.6 down to 98.3, heart rate 73, pulse 16, initially presented 88% on room air which is now 95% on room air status post procedure.
GENERAL: The patient is status post EVD. He is extremely somnolent. Glasgow coma scale is 14 as he is disoriented. He is alert to person only and disoriented to place and time.
HEENT: The patient is status post EVD with indwelling drain. The wound is clean, dry and intact. Tympanic membranes gray and translucent. Ear canals clear. Nares patent. Mucosa moist. No oropharyngeal exudate. Tonsils normal. Dentition poor.
NECK: Supple. Trachea midline. No thyromegaly. No lymphadenopathy.
CARDIOVASCULAR: Sinus rate. Normal S1, S2. Distant heart sounds. No murmurs or gallops. No peripheral edema. No JVD, 2+ upper and lower extremities equal bilaterally.
PULMONARY: A few basilar crackles bilaterally.
ABDOMEN: Normoactive bowel sounds. Soft, nondistended, nontender to palpation. No rebound tenderness. No hepatosplenomegaly.
NEUROLOGIC: Extraocular movements intact. Cranial nerves intact except for there is a notable facial droop on the left side. There is bilateral nystagmus with lateral conjugant gaze. Patellar reflexes are 2+/4 equal bilaterally. Babinski response normal. Finger-nose-finger test is with some degree of ataxia. Heel-shin test on the left side with ataxia. Glasgow coma scale 14 out of 15. Patient does withdraw to pain. I did not perform gait testing secondary to shackles from his incarceration.

**LABS:** Available labs; White blood cell count 14.4, 80% neutrophils, 12% lymphadenopathy, hemoglobin 17. Electrolytes are normal. Liver function enzymes are normal. Urinalysis and urine cultures are normal. Initial gram stain from CFS shows no PMNs and no bacteria are seen. Glucose is 78, which is slightly elevated. Protein is low at 9.4.

Head CT shows large mass effect in the posterior fossa causing tonsillar herniation and hydrocephalus.

IMMANUEL ST. JOSEPH'S           NAME: BRYNER, KIRK
*Mayo Health System*
HISTORY AND PHYSICAL

Chart Copy

Re:  BRYNER, KIRK
MR #:347196
Page: 3



**ASSESSMENT:**
1. **Encephalopathy** with obvious cerebellar pathology secondary to mass effect. After discussing with the radiologist, it is felt that this possibly represents a **cerebellar stroke with brain stem embolus**. Can not rule out an abscess, though this is less likely. His fevers could be explained by the severe degree of herniation into the mid brain. Consider infectious etiologies as well. No evidence of urinary tract infection. Will rule out pulmonary etiology.
2. Status post external ventricular drain.
3. Fever of unknown origin. Assessment as described per above.
4. Restless leg syndrome.
5. Gout.
6. Ulcer precautions, DVT precautions.

**PLAN:** Patient is status post external ventricular drain. Will admit to the Intensive Care Unit. Will place on ulcer and DVT (deep venous thrombosis) prophylaxis. Neurosurgery is following status post procedure. Will order a Neurology consultation per Dr. Sava. At the time of this dictation, Dr. Sava states he will talk to Neurology. Patient is currently protecting his airway well and tolerates oral medications. Will give bedrest with bathroom privileges. I do not feel this represents an abscess, but is rather secondary to some intracranial mass or large strok.e Will continue with Cefzil after discussing this with Dr. Sava, 500 mg p.o. b.i.d., as we doubt CNS infection. Patient does not need to be placed on seizure precautions as the mass effect is in the cerebellum. Will check chest x-ray, blood cx, and repeat urinalysis to rule out other infectious etiologies. Will resume previous outpatient medication regimen.

The patient was precepted by Dr. Crouse.

GTW:dks
D: 06/06/2005 17:21:33
T: 06/06/2005 18:47:16


                Authenticated by Grayson T. Westfall, M.D. on 06/08/2005 10:30:46
                Authorized physician signature on file at ISJ

_____

                Authenticated by Roger L. Crouse, M.D. on 06/08/2005 22:45:51
                Authorized physician signature on file at ISJ

_____

                Grayson T. Westfall, M.D.

cc:



IMMANUEL ST. JOSEPH'S             NAME: BRYNER, KIRK
*Mayo Health System*
HISTORY AND PHYSICAL

                                                                                  Chart Copy

Re: BRYNER, KIRK
MR #: 347196
Page: 4



I performed a history and physical examination of the patient and discussed management with the resident, Dr. Grayson T Westfall. I reviewed the resident's note and agree with the documented findings and plan of care.

IMMANUEL ST. JOSEPH'S
*Mayo Health System*
HISTORY AND PHYSICAL

NAME: BRYNER, KIRK

Chart Copy

mayo                    *Clinical Document Copy*

**Neurology Outreach**
**Consult**

6-272-770  15-Aug-2005
Mr. Kirk C. Bryner

Printed: 24-Aug-2005 7:42 by User ID: 10096400                    Page 1 of 2

**DEMOGRAPHIC INFORMATION:**
    Clinic Number: 6-272-770
    Patient Name: Mr. Kirk C. Bryner
    Age: 50 Y
    Note Date: 15-Aug-2005
    Provider: Jasper R. Daube, MD  Pager: 4-7996

    Birthdate:        -1955  Sex: M
    Address: Federal Medical Center, 13121-026, P.O. Box 4000  City: Rochester, MN 55903-4000
    History Section: OUTR # 1  Service: N-OS  Type/Desc: CON  Status: Fnl  Revision #: 2
    Facility: Federal Medical Ctr (Non-Mayo) (FMC)

**REFERRAL:**
    Dr. Ronald Ilvedson
    Federal Medical Center
    2110 Center Street East
    Rochester, MN 55904

**CHIEF COMPLAINT/PURPOSE OF VISIT:**
    The patient is referred by Doctor Ilvedson for cerebellar infarct two months ago, unknown etiology, associated with marked swelling requiring CSF drainage.

**HISTORY OF PRESENT ILLNESS:**
    The patient is a 50-year-old man who is a carpenter and general contractor. The patient reports that he has been in good general medical health, perhaps with some mild elevation in cholesterol but with no past history of neurologic disease. He had chest pain approximately three or four years ago for which he had an angiogram that showed minimal changes. There is a strong family history of diabetes, hypertension, and stroke at a young age. His mother had carcinoma of the lung.

    On June 3, the patient had sudden onset of severe discomfort in the back of his head with spinning, becoming a severe, excruciating, steady head pain without neck stiffness, without nausea, vomiting, ataxia. The symptoms progressed for approximately a day. He developed some double vision and lost consciousness. He was transferred to Immanuel St. Joseph's Hospital in Mankato where the evidence of a cerebral infarct due to posterior-inferior cerebellar artery infarction was identified along with hydrocephalus requiring CSF drainage. The patient has made a steady recovery since then. He had a transient infection requiring antibiotics and reaction to cefuroxime and that was treated with vancomycin for a few days. The patient's unsteadiness of walking has been slowly improving. He has had no further nausea or vomiting. He continues to have vertigo, particularly with rapid movements. He has been on meclizine one three times a day with minimal decrease in his symptoms.

    As well as general laboratory studies, the patient has had transesophageal echocardiogram and MRA done in Mankato. These are reported to be normal but the films are not available.

**CURRENT MEDICATIONS:**
    Indomethacin b.i.d. for knee pain.
    Allopurinol for gout.
    Labetalol 100 mg twice a day for hypertension.
    Aspirin 81 a day.
    Lovastatin for hypercholesterolemia.
    Carbidopa/Levopa 25/100 for restless legs of many years' duration.

**ALLERGIES:**
    Medication :

COPY

**Neurology Outreach Consult**

6-272-770  15-Aug-2005
Mr. Kirk C. Bryner

Printed: 24-Aug-2005 7:42 by User ID: 10096400                                Page 2 of 2

CEFUROXIME
Non-Medication / Food :

Radiology :
CONTRAST DYE (DYE TYPE UNKNOWN)

Allergies above current as of Tuesday, August 16, 2005 at 10:26 AM

### PAST MEDICAL/SURGICAL HISTORY
1. Gout.
2. Restless legs.
3. Chronic blurred vision, unknown etiology.
4. Hypercholesterolemia.
5. Rotator cuff tear, right shoulder, as well as biceps rupture on the right. The latter two occurred with a fall a number of years ago.

### FAMILY HISTORY:
As noted above.

### PHYSICAL EXAMINATION:
Neuro: Neurologic examination is detailed on MC336. The examination is normal with the exception of mild gait ataxia with a slightly wide-based gait brought out in particular on tandem gait. The remainder of the examination is normal. I could elicit no extra-ocular movement impairment or nystagmus. Reflexes are normal and symmetrical. I could detect no sensory loss to pin, touch, or other modalities anywhere on his body.

### IMPRESSION/REPORT/PLAN:
The history and findings are fairly straight forward for a cerebellar infarction secondary to occlusion of the posterior-inferior cerebellar artery. He is making a typical recovery. He will likely have some mild persistent deficit but should have continued improvement over the next few months.

He has had a full evaluation with no specific need for additional testing.

The most common cause of a PICA infarct is a dissection. It would be expected this would have been seen on the MRA done in ISJ. I will call that report for review to determine whether there was evidence of a dissection.

Meclizine is usually of minimal benefit in this disorder, but I suggest leaving it to the patient to decide whether it is of value or not.

The patient's restless legs appears to have become worse since the cerebellar infarct. It might improve with an increase of the carbidopa/Levopa to two 25/100 t.i.d. and three at bedtime.

### DIAGNOSES:
*#1 Cerebellar infarct secondary to PICA occlusion*
*#2 Restless leg syndrome*
*#3 Rotator cuff tear*

Original: JRD:hp by jrd
Electronically Signed: Aug-17-2005 13:19 by J.R. Daube, MD

