IN THE UNITED STATES DISTRICT COURT

FOR THE Central DISTRICT OF Illinois
ROCK ISLAND DIVISION

**FILED**
FEB 21 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA
    Plaintiff

CASE No: 03-40021-004

V.

KIRK CURTIS BRYNER
    Defendant

MOTION
TO
DISMISS

---

I would like to move to Dismiss my 2255.

Sincerley,

*Kirk C. Bryner*

2-17-06