E-FILED
Monday, 13 March, 2006  03:01:02 PM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| USA<br>　　Plaintiff<br><br>vs<br><br>Kirk Curtis Bryner<br>　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) | WRIT OF HABEAS CORPUS<br>AD TESTIFICANDUM<br><br>CASE NO. 03-40021-004 |

**TO: THE WARDEN** of FCI Waseca at Waseca, MN.

　　　　**WE COMMAND** that you produce the body of **Kirk Curtis Bryner**, Register No. **13121-026**, who is in your custody at FCI Waseca before the United States District Court on **Wed., 3/22/06 at 11:00am** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

　　　　**WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED: 3/13/06

　　　　　　　　　　　　　　　　　　　JOHN M. WATERS, CLERK
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

　　　　　　　　　　　　　　　　　　　BY: _S/Denise Koester_____
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk