E-FILED
Wednesday, 23 August, 2006 11:10:46 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED
AUG 2 1 2006
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

UNITED STATES OF AMERICA, )
        )
    Plaintiff, )
        )
    vs. ) Case No. 03-40021
        )
KIRK CURTIS BRYNER, )
    Inmate Number 13121-026, )
        )
    Defendant. )

### MOTION TO SEVER FRP FROM CO-DEFENDANTS AND SET ASIDE UNTIL SUPERVISED RELEASE.

Defendant Bryner while at Waseca FCI - worked at UNICOR and paid one-half his earnings for approximately Eighteeen (18) months to his FRP. He has no complaint about that.

However, last year on June 3rd, 2005 he suffered a massive stroke, while at Waseca, as a result he was transferred to FMC Rochester for evaluation and treatment. While at Rochester, Bryner made Twenty-Five (25) Dollar per month payments toward his FRP from funds his friends and family sent him.

On December 6th, 2005 Bryner was transferred back to Waseca, returned to UNICOR and resumed his payments of one-half his earnings.

However, Bryner suffered recurrent episodes, or TIA's was hospitalized once, then had several more, over the next four (4) months, so he was sent back to Rochester on May 11th, 2006 to find the cause.

While at Rochester, Bryner is medically unassigned, can not work therefore, he has no income. His only source of money is his Son, who has his own family to support, and can only send forty (40) or fifty (50) dollars when he can. Bryner is not refuting his restitution at all. As a Patient, with no income, he is moving to be separated from his prison, and severally restitution with his co-defendants, as he expects to pay his share on his own, and further that his FRP payments be suspended until:

  A) He is pre-classified and can work again, or;

  B) He is released to his Supervised Release Program and will resume working and thus be able to pay this restitution.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of August, 2006

*Kirk C. Bryner*

Kirk C. Bryner 13121-026

Federal Medical Center
PMB 4000
Rochester, MN. 55903-4000

# CERTIFICATE OF SERVICE

Defendant, Kirk C Bryner, Certify and State that a true and correct Copy of the foregoing was mailed to: Clerk of the Court
UNITED STATES DISTRICT COURT
40 U.S. Court House
211 19TH. St.
Rock Island, Illinois
61261

On this thirteenth day of August 2006

Respectfully Submitted,

Kirk C. Bryner
Reg. 13121-026
Federal Medical Center
PMB 4000
Rochester, Mn.
55903-4000