E-FILED
Friday, 13 April, 2007  08:55:22 AM
Clerk, U.S. District Court, ILCD

FILED
APR 13 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA, )
          Plaintiff, )
          vs. ) Case No. 03-40021
KIRK CURTIS BRYNER, )
          Inmate Number 13121-026 )
          Defendant. )

STATUS INQUIRY AND CHANGE OF ADDRESS NOTIFICATION

Comes Now, Petitioner, Kirk C. Bryner, pro se, and respectfully inquires with the Honorable Court as to the status of Petitioner's pending Motion to Sever FRP From Co-Defendants And Set Aside Until Supervised Release. Petitioner sincerely understands that the Court has an extremely heavy docket, however, in his behalf Petitioner respectfully states:

    1. Petitioner filed his Motion to Sever FRP From Co-Defendants and Set Aside Until Supervised Release on August 21, 2006.

    2. Since that time, Petitioner has been relocated to a new Bureau of Prisons facility located in Terre Haute, Indiana, coming from the Federal Medical Center in Rochester, Minnesota.

    3. Petitioner desires to register a change of address with this Court to be as follows:

                Kirk C. Bryner #13121-026
                Federal Prison Camp
                P.O. Box 12014
                Terre Haute, IN 47801

WHEREFORE, Petitioner, Kirk C. Bryner, with the utmost respect and deference to this Court, respectfully inquires as to the official status of his Motion to Sever FRP From Co-Defendants and Set Aside Until Supervised Release and registers a change of address of Petitioner.

Respectfully Submitted,

4-5-07
Date

Kirk C. Bryner #13121-026

## PROOF OF SERVICE

I, Kirk C. Bryner, do swear under the penalty of perjury pursuant to 28, U.S.C. §1746, that the above Status Inquiry and Change of Address Notification was served on the parties below by First-Class U.S. Mail, postage pre-paid by depositing said document with Bureau of Prisons Officials in accordance with institutional policy at FPC-Terre Haute for placement into U.S. Mails on this 4-5-07 th day of March, 2007, copies of which have been mailed to the following:

cc:
Clerk of the Court
United States District Court
40 U.S. Court House
211 19th St.
Rock Island, IL 61261

Kirk C. Bryner #13121-026
Federal Prison Camp
P.O. Box 12014
Terre Haute, IN 47801

Sara Lynn Darrow, USA
Central Division
1830 Second Avenue, 3rd Floor
Rock Island, IL 61201-8015