E-FILED
Wednesday, 18 April, 2007  06:34:57 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>        v.                         )  COURT NO. 03-40021-004<br>                                   )<br>KIRK CURTIS BRYNER,                )<br>                                   )<br>            Defendant.             )| |

### REQUEST FOR EXTENSION OF TIME

Now comes the United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Elizabeth L. Collins, Assistant United States Attorney, and requests an extension of time of 14 days from this date to respond to defendant's Motion to Sever FRP from Co-Defendants and Set Aside Until Supervised Release filed (Doc. 75)

Respectfully submitted,

**RODGER A. HEATON
UNITED STATES ATTORNEY**

DATE: April 18, 2007

s/Elizabeth L. Collins
Elizabeth L. Collins, Bar # 487864
Attorney for Plaintiff
United States Attorney's Office
318 S. 6th Street
Springfield, Illinois 62701
Tel:  217-492-4450
Fax: 217-492-4580
E-mail: Beth.Collins@usdoj.gov

**CERTIFICATE OF SERVICE**

It is hereby certified that service of the foregoing **MOTION** was mailed on April 18, 2007, upon the following individual(s) by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

Kirk Curtis Bryner, 13121-026
P.O. Box 4600
2110 East Center Street
Rochester, MN 55903-4600

s/Elizabeth L. Collins
_____
Elizabeth L. Collins
Assistant U.S. Attorney
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888
E:Mail: Beth.Collins@usdoj.gov