E-FILED
Wednesday, 18 April, 2007  08:29:38 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) COURT NO. 03-40021-004 |
| KIRK CURTIS BRYNER, | ) ) ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

It is hereby certified that service of the **ENTRY OF APPEARANCE** (Doc. 82) and **REQUEST FOR EXTENSION OF TIME** (Doc. 83) has this April 18, 2007, been made upon the following individual by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

Kirk Curtis Bryner, #13121-026
United States Penitentiary
4200 Bureau Road N.
Terre Haute, IN 47808-8128

s/Elizabeth L. Collins
Elizabeth L. Collins, Bar No. 487864
Attorney for the Plaintiff
United States Attorney's Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888
E-mail: Beth.Collins@usdoj.gov