IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 03-40021-004 |
| | ) | |
| KIRK CURTIS BRYNER, | ) | |
| | ) | |
| Defendant. | ) | |

**RESPONSE TO DEFENDANT'S MOTION TO SEVER FRP FROM CO-DEFENDANTS
AND SET ASIDE UNTIL SUPERVISED RELEASE**

Now comes the United States of America by Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Elizabeth L. Collins, Assistant United States Attorney, and responds to the Defendant's "Motion to Sever FRP From Co-Defendants and Set Aside Until Supervised Release" (Doc. 75) as follows:

1. On May 14, 2006, the Defendant Kirk Curtis Bryner (Bryner) was ordered, as part of his criminal judgment, to pay $4,124.75 restitution jointly and severally with his co-defendants.

2. On August 21, 2006, the Defendant filed a motion requesting: (1) restitution payments be suspended until he can work again or he is released from prison and on supervised release because he was "medically unassigned, cannot work therefore he has no income;" and (2) he "be separated from his...restitution with his co-defendants, as he expects to pay his share on his own." (Doc. 75, p.2)

3. On April 13, 2007, a letter from Bryner requesting an update on the status of his motion was filed. (Doc. 81)

4. Bryner is no longer at a medical facility and is working, therefore there are no grounds supporting his request for suspension of payments.

5. Bryner's request to suspend restitution payments should be denied because Bryner has not shown a material change in economic circumstances.

6. The Court does not have jurisdiction to change the restitution order to provide that Bryner pay only a proportionate share of the restitution amount.

7. The United States is submitting a memorandum in support of this response.

WHEREFORE, the Bryner's motion should be denied.

Respectfully submitted,
RODGER A. HEATON
United States Attorney

By: s/ Elizabeth L. Collins

Elizabeth L. Collins, IL Bar No. 487864
Attorney for Plaintiff
United States Attorney's Office
318 South Sixth Street
Springfield, IL  62701
Telephone:  (217) 492-4450
Fax:  (217) 492-4888
Email:  beth.collins@usdoj.gov

**CERTIFICATE OF SERVICE**

    The following persons were served with a copy of the foregoing electronically or by mailing them a copy.

                      Kirk C. Bryner, #13121-026
                      United States Penitentiary
                      4200 Bureau Road N.
                      Terre Haute, IN  47808-8128


      May 1, 2007                                 s/ Elizabeth L. Collins
Date:_____    _____
                                                              Elizabeth L. Collins