United States District Court  Tuesday, 01 May, 2007 03:21:19 PM
Account Summary  Clerk, U.S. District Court, ILCD

05/01/2007

BRYNER, KIRK CURTIS                           Case Number         0340021 004
~~[redacted]~~                                Assessment              100.00
KEWANEE, IL  61443                            Fine                      0.00
                                              Restitution           4,124.75

## Special Assessment - 504100

| Payment date | Receipt | Payment by | Payment | Interest | Total Due |
|---|---|---|---|---|---|
| 10/05/2004 | 144105 | BOP | 25.00 | | 75.00 |
| 12/03/2004 | 144113 | BOP | 46.29 | | 28.71 |
| 01/05/2005 | 144116 | BOP | 28.71 | | 0.00 |

## Restitution - 6855XX

| Payment date | Receipt | Payment by | Payment | Interest | Total Due |
|---|---|---|---|---|---|
| 01/05/2005 | 144116 | BOP | 13.44 | | 4,111.31 |
| 02/01/2005 | 144120 | BOP | 32.53 | | 4,078.78 |
| 03/03/2005 | 144123 | BOP | 27.28 | | 4,051.50 |
| 04/05/2005 | 144127 | BOP | 59.53 | | 3,991.97 |
| 05/02/2005 | 144131 | BOP | 37.79 | | 3,954.18 |
| 06/01/2005 | 144135 | BOP | 51.49 | | 3,902.69 |
| 07/01/2005 | 144140 | BOP | 65.70 | | 3,836.99 |
| 09/06/2005 | 144148 | BOP | 25.00 | | 3,811.99 |
| 10/03/2005 | 144152 | BOP | 25.00 | | 3,786.99 |
| 11/01/2005 | 144156 | BOP | 25.00 | | 3,761.99 |
| 12/01/2005 | 144160 | BOP | 25.00 | | 3,736.99 |
| 01/03/2006 | 144164 | BOP | 25.00 | | 3,711.99 |
| 02/01/2006 | 144168 | BOP | 25.00 | | 3,686.99 |
| 04/03/2006 | 144178 | BOP | 33.16 | | 3,653.83 |
| 05/01/2006 | 144183 | BOP | 35.12 | | 3,618.71 |
| 06/01/2006 | 144188 | BOP | 34.47 | | 3,584.24 |

**GOVERNMENT EXHIBIT**

A

| Date | Number | Source | Amount | Balance |
|---|---|---|---|---|
| 10/02/2006 | 144206 | BOP | 25.00 | 3,559.24 |
| 01/03/2007 | 144220 | BOP | 25.00 | 3,534.24 |

ViewDepositsCombined                                                                 Page 1 of 1

## Deposits



| Inmate Reg #: |  | Current Institution: | Terre Haute FCI |
| Inmate Name: | BRYNER, KIRK | Housing Unit: | THA-S |
| Report Date: | 04/19/2007 | Living Quarters: | S06-02H |
| Report Time: | 2:27:12 PM | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# |
|---|---|---|---|---|---|
| 4/9/2007 6:32:48 AM | ▓▓▓▓ | Payroll - IPP | $66.99 | ▓▓▓▓ | |
| 4/5/2007 5:22:41 AM | ▓▓▓▓ | Lockbox - CD | $50.00 | ▓▓▓▓ | |
| 3/22/2007 5:27:53 AM | ▓▓▓▓ | Lockbox - CD | $100.00 | ▓▓▓▓ | |
| 3/8/2007 6:23:16 AM | ▓▓▓▓ | Payroll - IPP | $7.14 | ▓▓▓▓ | |
| 3/6/2007 6:08:52 AM | ▓▓▓▓ | Lockbox - CD | $50.00 | ▓▓▓▓ | |

GOVERNMENT
EXHIBIT

*B*