IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) COURT NO.  03-40021-004 |
| v. | ) |
| | ) |
| KIRK CURTIS BRYNER, | ) |
| | ) |
| Defendant. | ) |

## SATISFACTION OF MONETARY JUDGMENT

The Monetary Judgment in the above-entitled case has been paid in full, therefore the Clerk of the United States District Court for the Central District of Illinois is authorized and empowered to satisfy and cancel the Judgment of record.

Respectfully submitted,

**RODGER A. HEATON**
**UNITED STATES ATTORNEY**

DATE: May 30, 2008

s/James A. Lewis
James A. Lewis, NC Bar # 5470
By: Eric I. Long, Bar No. 6243382
Attorney for Plaintiff
United States Attorneys office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888
E-Mail: Jim.Lewis2@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **SATISFACTION OF JUDGMENT** has this May 30, 2008, been mailed to the following individual(s) by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

        Kirk Curtis Bryner, #13121-026
        Federal Correctional Institute
        4200 Bureau Road N.
        Terre Haute, IN 47808-8128

        s/James A. Lewis
        James A. Lewis, NC Bar # 5470
        By: Eric I. Long, Bar No. 6243382
        Attorneys for Plaintiff
        United States Attorneys office
        318 S. 6th Street
        Springfield, Illinois 62701
        Tel: 217-492-4450
        Fax: 217-492-4888
        E-Mail: Jim.Lewis2@usdoj.gov

3